UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MICHELLE YANCY                                             CIVIL ACTION

VERSUS                                                     NO. 10-983

U.S. AIRWAYS, INC.                                         SECTION "F"

## J U D G M E N T

For the written reasons of the Court on file herein, accordingly;

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of defendant, U. S. Airways, Inc., and against plaintiff, Michelle Yancy, dismissing plaintiff's suit with prejudice.

New Orleans, Louisiana, this 22nd day of July, 2011.

_____
UNITED STATES DISTRICT JUDGE